

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00338-CV

———————————————

CAROLYN CUSHMAN, Appellant

V.

GOLDIE BROWNING, INDIVIDUALLY AND AS INDEPENDENT EXECUTRIX
FOR THE ESTATE OF WANDA MCHAN, Appellee

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CV17-1650

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered the parties' "Joint Motion to Set Aside Judgment and Remand." It is the court's opinion that the motion should be granted. We set aside the trial court's judgment without regard to the merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B).

By agreement, each party shall bear its own costs. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: March 24, 2022